USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re *Ex Parte* Application of N.P.S.SF. DEBT : 
CO., S.à.r.l., pursuant to 28 U.S.C. § 1782 to : 22-MC-214 (VEC)
Conduct Discovery for Use in Foreign :
Proceedings, : ORDER
 :
 Petitioner. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 10, 2022, the Court granted Petitioner's request to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 and granted Petitioner leave to serve certain subpoenas (the "Subpoenas"), Dkt. 7;

WHEREAS the deadlines for subpoenaed entities to move to vacate or quash the Subpoenas were September 6, 2022 and September 27, 2022; *see* Dkts. 7, 9; and

WHEREAS to date, no motions to vacate or quash have been filed in this case;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date:  December 2, 2022
       New York, New York

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**